**Order filed March 1, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00802-CV
_____

**MAURICE SCHRUBEN, Appellant**

**V.**

**MARY AGNES SCHRUBEN, Appellee**

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-58104**

## O R D E R

Appellant's brief was originally due December 2, 2011.   Appellant requested and was granted an extension of time until **January 2, 2012,** to file his brief**.**   No brief or further motion for extension of time has been filed.

Unless appellant files a brief with the clerk of this court on or before **March 16, 2012**, the court will dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

PER CURIAM